FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

9.12.2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SEP 12 2024 PM2:55
FILED - USDC - FLMD - JAX

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:24-cr-203-MMH-LLL
     18 U.S.C. § 922(g)(1)

TOCOREY JAMEL GIBBS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of a Firearm by a Convicted Felon)**

On or about January 10, 2024, in the Middle District of Florida, the defendant,

TOCOREY JAMEL GIBBS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Aggravated assault, on or about June 12, 2009,
2. Possession of a firearm by a convicted felon, on or about June 12, 2009,
3. Tampering with a witness, victim, or informant, on or about June 12, 2009, and
4. Possession of a firearm by a juvenile found to have committed a felony act, on or about February 20, 2007,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Fabrique Nationale Herstal (FNH USA, LLC) .40 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

   a. a Fabrique Nationale Herstal (FNH USA, LLC) model FNS-40, .40 caliber pistol with serial number GKU0098271; and

   b. assorted ammunition,

which were seized on January 10, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *(signature)*
LAURA COFER TAYLOR
Assistant United States Attorney

By: *(signature)*
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

3

FORM OBD-34
9/10/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

TOCOREY JAMEL GIBBS

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 12th day

of September, 2024.

_____
Clerk

Bail   $_____

GPO 863 525